GLICKSTEIN & TERNER, INC., Appellant, v. JACOB TERNER, Respondent. GLICKSTEIN & TERNER, INC., Appellant, v. BENJAMIN TERNER, Respondent. — Separate appeals from judgments in favor of defendants, entered on December 28, 1933, dismissing plaintiff's complaints in actions for money had and received. By stipulation the two actions were tried together and the appeals consolidated. Judgments unanimously affirmed, with costs. No opinion. *Present* — Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ.

BEN S. GROSS, Appellant, v. EDDIE CANTOR, Defendant, and RADIO GUIDE, INC., and Others, Respondents.— Order dismissing the complaint and judgment entered thereon in an action for libel on the theory that plaintiff was one of a class referred to in the publication unanimously affirmed, with ten dollars costs and disbursements. No opinion. *Present* — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

· ROMEO GUILLION, Appellant, v. SHEFFIELD FARMS COMPANY, INC., Defendant, and MARTIN MITTELMARK, Respondent.— In an action brought to recover damages for personal injuries, order dismissing plaintiff's complaint at the close of plaintiff's case reversed upon the law and new trial granted, with costs to abide the event. We are of the opinion that plaintiff had made out a *prima facie* case when he rested and that the complaint should not have been dismissed. (*St. Andrassy* v. *Mooney*, 262 N. Y. 368, and *Cohen* v. *Neustadter*, 247 id. 207.) Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ., concur.